**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>SCOTT FRAUENHEIM, Warden,<br>et. al.,<br><br>　　　　　Respondent. | NO. CV 16-04567-SJO (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 8, 2017.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE